# UNITED STATES DISTRICT COURT

for

## EASTERN DISTRICT OF NORTH CAROLINA
## WESTERN DIVISION

U.S.A. vs. Ariana M. Lamothe　　　　　　　　　　　　　　　Docket No. 5:14-MJ-1011-1

## Petition for Action on Probation

　　COMES NOW Debbie W. Starling, probation officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Ariana M. Lamothe, who, upon an earlier plea of guilty to Level 5 Driving While Impaired, in violation of 18 U.S.C. § 13, assimilating N.C.G.S. 20-138.1, was sentenced by the Honorable Kimberly A. Swank, U.S. Magistrate Judge, on September 10, 2014, to a 12-month term of probation under the standard conditions adopted by the court and the following additional conditions:

1. The defendant shall perform 24 hours of community service as directed by the probation office and if referred for placement and monitoring by the State of North Carolina, pay the required $200 fee.

2. The defendant shall obtain a substance abuse assessment from an appropriate mental health facility within thirty (30) days from the date of this judgment and complete any prescribed treatment program. The defendant must pay the assessment fee and any added treatment fees that may be charged by the facility.

3. It is further ordered that the defendant shall participate in any other Alcohol/Drug Rehabilitation and Education program as directed by the U.S. Probation Office

4. The defendant shall surrender North Carolina driver's license to the Clerk of this Court for mailing to the North Carolina Division of Motor Vehicles and not operate a motor vehicle on the highways of the State of North Carolina except in accordance with the terms and conditions of a limited driving privilege issued by the appropriate North Carolina Judicial Official.

　　**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:** The defendant has been supervised by the Middle District of North Carolina since her supervision commenced. The defendant was charged in Moore County, North Carolina, on September 29, 2014, with No Operators License and Speeding. She notified the probation office as required and admitted that she drove without a valid drivers license. As a sanction for this violation, it is respectfully recommended that the defendant's conditions be modified to include that she complete an additional 30 hours of community service.

　　The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

Ariana M. Lamothe
Docket No. 5:14-MJ-1011-1
Petition For Action
Page 2

**PRAYING THAT THE COURT WILL ORDER** that probation be modified as follows:

1. The defendant shall perform an additional 30 hours of community service during the term of probation at a rate of no less than 16 hours per month as directed by the probation officer. All community service work shall be completed at least 90 days prior to the expiration of the term of supervision. The defendant shall pay any community service fee required, as directed by the probation officer.

   Except as herein modified, the judgment shall remain in full force and effect.

| Reviewed and approved, | I declare under penalty of perjury that the foregoing is true and correct. |
|---|---|
| /s/ Robert L. Thornton | /s/ Debbie W. Starling |
| Robert L. Thornton | Debbie W. Starling |
| Supervising U.S. Probation Officer | U.S. Probation Officer |
| | 310 Dick Street |
| | Fayetteville, NC 28301-5730 |
| | Phone: (910) 483-8613 |
| | Executed On: October 17, 2014 |

### ORDER OF COURT

Considered and ordered this __17th__ day of __October__, 2014, and ordered filed and made a part of the records in the above case.

Kimberly A. Swank
U.S. Magistrate Judge

**FOR JUDGE'S REVIEW ONLY**

**DO NOT FILE**

Ariana M. Lamothe
Docket No. 5:14-MJ-1011M-1