UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
Western Division
DOCKET NO. 5:14-MJ-1011-1

| | | |
|---|---|---|
| **United States Of America** | ) | ORDER MODIFYING AND |
| | ) | CONTINUING SUPERVISION |
| vs. | ) | |
| | ) | |
| **Ariana M. Lamothe** | ) | |
| | ) | |

On September 10, 2014, Ariana M. Lamothe appeared before the Honorable Kimberly A. Swank, U.S. Magistrate Judge in the Eastern District of North Carolina, and upon an earlier plea of guilty to 18 U.S.C. § 13, assimilating N.C.G.S. 20-138.1, Driving While Impaired (Level 5), was sentenced to a 12 month term of probation.

From evidence presented at the revocation hearing on September 9, 2015, the court finds as a fact that Ariana M. Lamothe, who is appearing before the court with counsel, has violated the terms and conditions of the judgment as follows:

1. Criminal Conduct.
2. Failure to perform community service.
3. Failure to participate as directed by the probation officer in a treatment program for narcotic addiction, drug dependency or alcohol dependency.

**IT IS, THEREFORE, ORDERED AND ADJUDGED** that the probation term heretofore granted be continued with the following modification:

1. That the term of supervision shall be extended for a period of ninety (90) days from the expiration date of September 9, 2015, until December 8, 2015.
2. The offender will complete two (2) days in the custody of the Bureau of Prisons as directed by the probation officer.
3. The offender will complete a 28-day inpatient treatment program for substance abuse.
4. The offender will complete all previously ordered conditions.

**IT IS FURTHER ORDERED** that except as herein modified, the Judgment shall remain in full force and effect.

This the 9th day of September, 2015

_____
James E. Gates
U.S. Magistrate Judge